**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 12-1731**

———————————

MILIYON A. ETHIOPIS,

        Petitioner,

    v.

ERIC H. HOLDER, JR., Attorney General,

        Respondent.

———————————

On Petition for Review of an Order of the Board of Immigration Appeals.

———————————

Submitted: January 15, 2013    Decided: February 12, 2013

———————————

Before DUNCAN, KEENAN, and DIAZ, Circuit Judges.

———————————

Petition denied by unpublished per curiam opinion.

———————————

David Garfield, LAW OFFICE OF DAVID GARFIELD, Washington, D.C., for Petitioner. Stuart F. Delery, Acting Assistant Attorney General, Anthony C. Payne, Senior Litigation Counsel, Jesse M. Bless, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Miliyon A. Ethiopis, a native of Ethiopia, petitions for review of an order of the Board of Immigration Appeals (Board) denying his motion to reopen as untimely. We have reviewed the administrative record and Ethiopis' contentions, and conclude that the Board did not abuse its discretion in denying his motion. See 8 C.F.R. § 1003.2(a) (2012). We accordingly deny the petition for review for the reasons stated by the Board. See In re: Ethiopis (B.I.A. May 11, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED